UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURANN BEDEN,

       Plaintiff,                      Civil Action No.
                                                14-CV-14727

vs.

                                                HON. MARK A. GOLDSMITH

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER**
**(1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED SEPTEMBER 18, 2015 (Dkt. 15), (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. 13), AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. 14)**

       This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Patricia T. Morris, issued on September 18, 2015. In the R&R, the Magistrate Judge recommends that Plaintiff's motion for summary judgment be denied, and that Defendant's motion for summary judgment be granted. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, Plaintiff's motion for summary judgment (Dkt. 13) is denied, and Defendant's motion for summary judgment (Dkt. 14) is granted.

       SO ORDERED.

                                                     s/Mark A. Goldsmith
Dated: October 13, 2015                 MARK A. GOLDSMITH
   Detroit, Michigan               UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 13, 2015.

                                                s/Johnetta M. Curry-Williams
                                                CASE MANAGER